AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DAVID BELL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

MAGISTRATE JUDG
GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ DAVID BELL ___
                                           Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, conspiracy to use extortionate means to collect extortionate extensions of credit

in violation of Title __18__ United States Code, Section(s) 1962(d), 894

FILED BY
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL
00 OCT 24 PM 2:42
MADDOX
D.C.

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BSS
Bail fixed at $100,000 Corporate Surety Bond with Nebbia by

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

[signature]

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

22