DEFT: David Bell (J)#    CASE NO: 00-6309-CR-Seitz

AUSA: Brian McCormick/Diana Fernandez    ATTNY: Jeffrey Harris

AGENT:    VIOL: 18:1962,1963,1955,1956,1957, 1511,894,892

PROCEEDING: Initial Appearance    BOND REC: 100,000 CSB w/Nebbia

BOND HEARING HELD (yes) no  Stip    COUNSEL APPOINTED:

BOND SET @ 25,000 CSB w/Nebbia + 250,000 PSB

CO-SIGNATURES: wife, father + mother-in-law by Mon @ 3 p.m.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed or ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

No illegal drugs or excessive alcohol
reside @ current address

One temp m/ [illegible] granted

FILED OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Advised of charges

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:    10-31    10    Miami duty
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:    10/31    10    Miami duty
STATUS CONFERENCE:

DATE: 10-26-00    TIME: 11:00am    TAPE # 00-034   PG # @1

#40
HN