|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT |
| v. | SOUTHERN DISTRICT OF FLORIDA |
| _David Bell_ | CASE NO. 00-6309 CR _Seitz_ |

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW _Jeffrey Harris_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) _Jeffrey M. Harris_

Counsel's Signature _[signature]_

Address _1 E. Broward_
_Ft Laud Fla_    Zip Code: _33301_

Telephone _522-7000_

#52
H