UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6309-CR-Seitz |
| Plaintiff | |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| DAVID BELL    Defendant | 27845-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/00
2. Spoken language: English
3. Offense(s) charged: _____
4. U.S. Citizen     [X] YES    [ ] NO    [ ] UNKNOWN
5. Date of birth: 9/6/70
6. Type of charging document: (Check One)
   [X] INDICTMENT              [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309            CASE NO. _____
   DISTRICT: SOF    (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER:    [ ] YES    [ ] NO
   AMOUNT OF BOND: $100,000 Surety
   WHO SET BOND: U.S. Mag. Judge Barry Seltzer
7. REMARKS: _____

8. DATE: 10/26/00
9. _____ ARRESTING OFFICER
10. AGENCY: FBI
11. 305 944-9101 PHONE NO.

#86

SCANNED