AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__     512676

UNITED STATES OF AMERICA

V.

DAVID BELL

**WARRANT FOR ARREST**

CASE NUMBER **00-6309**

CR-SEITZ
MAGISTRATE JUDGE
GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DAVID BELL___
                                           Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, conspiracy to use extortionate means to collect extortionate extensions of credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 894__

CLARENCE MADDOX                                COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                        Title of Issuing Officer

/s/ Jimmy Butler                               10/24/00 - Fort Lauderdale, Florida
Signature of Issuing Officer                   Date and Location

                                               BARRY S. SELTZER
Bail fixed at $100,000 Corporate Surety Bond with Nebbia  by  UNITED STATES MAGISTRATE JUDGE
                                               Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
**Ft. Lauderdale, FL**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/24/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>10/26/00 | | Edward Purchase, SDUSM |

#121