~~SEALED~~

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __KA__ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. 00-6309-CR    Date 10/27/00
Clerk L. Webb    Reporter R. Kaufman
USPO No    Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg    Defense Counsel _____

Defendant(s): Present ___ Not Present X In Custody ___

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/8

```
[docket0]                      CIVIL/CRIMINAL              [vdk/text]
4. Queries                         Docketing


   Docket #   : 0:00-cr-6309                                    BLG
   Short Title: USA              v. Raffa
   Type: cr         Judge: Seitz         Magistrate:
   --------------------------------------------------------------

   --------------------------------------------------------------
              Summary of Event that Created the Document
   Filed      Entry Date  Last Update       History ID   Docketed by
   10/27/00    11/1/00    **/**/**          4266734          sp
        +--------------------------------------------------------+
          SEALED DOCUMENT



       +viewing docket text------------------------------------+
   Transaction: kseal doc -/ -/ - - -

   Command mode (? for commands)
```

Attached to D.E. # 149