UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO
REPORT RE COUNSEL**

DAVID BELL

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__  Private counsel _Jeffrey Harris_ appeared in open court and is noted as permanent counsel of record.

_____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____  The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this _31st_ day of _OCTOBER_, 2000.

TAPE NO. 2000D- 110 - 1150, 111-1

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

#151