UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

DAVID BELL
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: On Bond

Language: _____

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:     Address: _____

Tel. No: _____

Defense Counsel:   Name: Jeffrey Bell

Address: 1 E. Broward Blvd Ste 1500 Ft. L, FL 33301

Tel. No: (954) 522-7000

Bond Set/Continued:   STIP. $25,000 CSB/NEBBIA
                         & $250,000 PSB

DATED this 31st day of OCTOBER, 2000.

CLARENCE MADDOX, CLERK,

BY STEPHAINE LEE
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2000D- 1105 / 1150-111-1
DIGITAL START NO. _____

#152