UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6309
                            JUDGE:    SEITZ
     Plaintiff,

                            NOTICE OF APPEARANCE

vs.

DAVID BELL
     Defendant.
_____/

COMES NOW the Law Office of Jeffrey M. Harris, P.A. and files this Appearance as Attorney of Record for trial purposes only for the Defendant herein.

I HEREBY CERTIFY that the original hereof has been furnished to the Clerk of the United States District Court, 301 North Miami Avenue, Miami, Florida 33128; and a true correct copy hereof to Brian McCormick, United States Attorney's Office, 299 East Broward Boulevard, Suite 409, Fort Lauderdale, Florida 33301 this 30th day of October, 2000.

Respectfully submitted,

JEFFREY M. HARRIS, P.A.
Attorney for Defendant
One East Broward Boulevard
Suite 1500 - Barnett Bank
Fort Lauderdale, Florida 33301
(954) 522-7000
Fla. Bar # 195981

_____
JEFFREY M. HARRIS