UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

DAVID BELL
         Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 27545-004

Language: English

The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:  Address: ON BOND

Tel. No:

Defense Counsel:  Name  : JEFFREY HARRIS ESQ.
                     ONE EAST BROWARD BLVD.
              Address: #1500
                     FT. LAUDERDALE, FL., 33301

Tel. No: (954)522-7000

Bond Set/Continued:   $25,000 CSB & $250,000 PSB

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY   NANCY J. FLOOD
      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1257