UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      Plaintiff,

v.

DAVID BELL,

    Defendant.
_____

CASE NO: 00-6309-CR-SEITZ
MAGISTRATE: BARRY L. GARBER

## MOTION TO MODIFY CONDITIONS OF BOND

COMES NOW the Defendant, DAVID BELL, by and through the undersigned attorney, JEFFREY M. HARRIS, and respectfully moves unto this Honorable Court for an Order Modifying Conditions of Bond and as grounds therefore states the following:

1. Defendant is presently released on a $25,000.00 cash surety bond and a $250,000.00 personal surety bond.

2. One of the several conditions of bond requires the Defendant to submit to urinalysis drug testing and treatment as directed.

3. The Defendant has been consistently submitting to random urinalysis, and all tests to date have been negative.

4. The case *sub judice* does not involve drugs nor does the Defendant have a drug problem.

5. Darwin L. Crenshaw, United States Pretrial Services Officer, has no objection to deleting this condition of bond.

6. Assistant State Attorney Brian McCormick has no objection to this condition being deleted.

WHEREFORE, the undersigned counsel respectfully prays unto this Honorable Court for an Order deleting random urinalysis as a condition of bond.

Respectfully submitted,
JEFFREY M. HARRIS, P.A.
One East Broward Boulevard
Suite 925 - South Trust Tower
Fort Lauderdale, Florida 33301
(954) 522-7000
FAX: (954) 522-7008
Fla. Bar # 195981

JEFFREY M. HARRIS

I HEREBY CERTIFY that a true and correct copy of this foregoing has been furnished by U.S. Mail this 2nd day of May, 2001, to the following listed attorneys.

JEFFREY M. HARRIS

H. Brian McCormick,
Assistant U.S Attorney
500 East Broward Blvd
Suite # 700
Fort Lauderdale, FL 33394

Emmanuel Perez, Esq.
2121 Ponce De Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Charles G. White, Esq.
2250 Southwest 3rd Avenue
Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)

Donald R. Spadaro, Esq.
1000 S. Federal Highway
Suite 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Peter Raben, Esq.
2665 S. Bayshore Dr
Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Philip R. Horowitz, Esq.
12651 South Dixie Highway
Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

David Rothman, Esq.
First Union Financial Ctr.
200 South Biscayne Blvd.
Suite # 2690
Miami, FL 33131
(Counsel for John Mamone)

Michael Tarre, Esq.
Two S. Biscayne Blvd
Suite # 3250
Miami FL 33132
(Counsel for Jeffrey Bass)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

John Howes, Esq.
633 Southeast Third Avenue
Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

John F. Cotrone, Esq.
509 Southeast 9th Street
Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd Suite 2690
Miami, FL 33131
(Counsel for Michael Buccianna)

Neil M. Mameroff, Esq.
100 Southeast 2nd Avenue
Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

David G. Vinikoor, Esq.
420 Southeast 12th Street
Fort Lauderdale, FL 33316
(Counsel For Jacolyn Baruch)

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)