UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

v.

DAVID BELL,

Defendant.

CASE NO: 00-6309-CR-SEITZ
MAGISTRATE: BARRY L. GARBER



ORDER
GRANTED: ☒  DENIED: ☐
COMMENTS: _____

U.S. MAGISTRATE JUDGE BARRY S. SELTZER
DATE: 5/15/01

*ref. to Judge Seltzer*

## MOTION TO MODIFY CONDITIONS OF BOND

COMES NOW the Defendant, DAVID BELL, by and through the undersigned attorney, JEFFREY M. HARRIS, and respectfully moves unto this Honorable Court for an Order Modifying Conditions of Bond and as grounds therefore states the following:

1. Defendant is presently released on a $25,000.00 cash surety bond and a $250,000.00 personal surety bond.

2. One of the several conditions of bond requires the Defendant to submit to urinalysis drug testing and treatment as directed.

3. The Defendant has been consistently submitting to random urinalysis, and all tests to date have been negative.

4. The case *sub judice* does not involve drugs nor does the Defendant have a drug problem.

5. Darwin L. Crenshaw, United States Pretrial Services Officer, has no objection to deleting this condition of bond.

6. Assistant State Attorney Brian McCormick has no objection to this condition being deleted.

JEFFREY M. HARRIS, P.A.
SUITE 1500 · SOUTHTRUST TOWER · ONE EAST BROWARD BOULEVARD · FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 522-7000