UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

~~Sealed~~

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

Unsealed



UNITED STATES OF AMERICA  )
      Plaintiff,  )
      )
v.  )
      )
DAVID BELL,  )
      Defendant.  )
_____)

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, requests that the Court order that the Government's <u>Ex Parte</u> Motion for Revocation of Bond and Application for an Arrest Warrant, Arrest Warrant (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), this Motion to Seal, and the Sealing Order in the above-captioned matter be sealed and remained sealed until such time as the defendant has been arrested because this defendant poses a danger to the community and is a risk of flight, or until further order of the Court.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
Assistant United States Attorney
Court ID # A5500084
500 E. Broward Boulevard, 7TH FL
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

521/8

```
                         U.S. District Court
            FLS - Southern District of Florida FtLauderdale

                  CRIMINAL DOCKET FOR CASE #: 00-CR-6309
```

USA v. Raffa, et al.                                      Filed: 10/24/00
Assigned to: Patricia A. Seitz


Dkt # in other court: None

| Date | # | Description |
|---|---|---|
| 08/14/01 | 516 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 517 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 518 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 519 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 520 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/15/01 | 512 | SEALED DOCUMENT (sp) [Entry date 08/16/01] |
| 08/15/01 | 513 | SEALED DOCUMENT (sp) [Entry date 08/16/01] |
| 08/15/01 | 514 | ORDER as to John Mamone denying [413-1] motion to alter certain conditions of pretrial release as to John Mamone (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01) [EOD Date: 8/16/01] CCAP☐ (dg) [Entry date 08/16/01] |
| 08/15/01 | 521 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/15/01 | 522 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/16/01 | 523 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 524 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 525 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 526 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 527 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 528 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 529 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/20/01 | 515 | NOTICE of filing letter regarding pending discovery issues by Fred Morgenstern (dg) [Entry date 08/21/01] |

Attached to D.E. # 521