Unsealed

~~Sealed~~



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,
           Plaintiff,

v.                                              **UNDER SEAL**

DAVID BELL,
           Defendant.
_____

<u>EX PARTE</u> SEALED MOTION FOR REVOCATION OF BOND
AND APPLICATION FOR ARREST WARRANT FOR DEFENDANT DAVID BELL

    The United States of America, through its undersigned attorneys, pursuant to Title 18, United States Code, Section 3148(b), files this <u>Ex Parte</u> Motion for Revocation of Bond and application for an arrest warrant for defendant DAVID BELL, for violations of federal law as set forth below.[1]

    1.   On October 26, 2000, codefendant JOHN MAMONE was arrested after being charged with eighteen other persons with various violations of federal law, including RICO conspiracy, loansharking and money laundering, among other crimes.  In the indictment, defendant BELL was identified as one of the members of a crew which is the South Florida faction of the Trafficante Crime Family.

    2.   On October 27, 2000, defendant BELL was released on

---

    [1] The government is filing a simultaneous Motion for Revocation of Bond and application for Arrest Warrant for codefendant JOHN MAMONE.

$25,000 corporate surety bond with a <u>Nebbia</u> requirement and $250,000 personal surety bond after a hearing before Magistrate Judge Barry S. Seltzer. One of the conditions of the bond was that the defendant would not commit a state or federal criminal violation.

3.  On January 30, 2001, a grand jury returned a 93-count superseding indictment in this case. At that time the Court continued defendant's bond with no objection from the government.

4.  On August 14, 2001, a federal grand jury sitting in Fort Lauderdale returned a sealed second superseding indictment, charging JOHN MAMONE, DAVID BELL, JOHN O'SULLIVAN, and eleven other persons with various acts of racketeering, including RICO conspiracy, loansharking, money laundering, receiving stolen property, illegal gambling, among other crimes.

**VIOLATIONS WHILE ON BOND SINCE OCTOBER 27, 2000**

5.  The government submits that the defendant's bond should be revoked and an arrest warrant should be issued. Since being released on bond, the defendant has committed criminal acts requiring that his bond be revoked. In short, since October 2000, the defendant has committed several violations of federal law involving sale and receipt of stolen goods in violation of Title 18, United States Code, Section 2315.

## **BACKGROUND OF SECTION 2315 VIOLATION (RECEIPT OF STOLEN GOODS)**

6. In early December 2000, while under house arrest, codefendant JOHN MAMONE represented a company called First Choice in the negotiation of a sub-hauling contract with a company called Keystone, which was a transportation company located in New Jersey. Defendant BELL was employed by First Choice as a manager. BELL's father in law, John Manning, was the owner on record of the company. First Choice, through MAMONE, had agreed to assist Keystone by hauling goods from South Florida to the West Coast of the United States. Among the goods to be hauled were various clothing lines, including Tommy Hilfiger, Levi Strauss and Ralph Lauren.

7. Although MAMONE negotiated the contract with Keystone, codefendant DAVID BELL was involved in the day to day operation of First Choice.

8. Under this oral contract, four loads were actually transported in December of 2000. One of the loads was delivered to the ultimate destination by First Choice but there was a portion of the load missing. Keystone estimated that goods valued at approximately $40,000 were not delivered. The goods that were stolen from this shipment consisted of shirts and jeans from manufacturers such as Tommy Hilfiger, Levi Strauss and Ralph Lauren.

9. During early 2001, and prior to cooperating with the government, a CW informed the FBI that he had participated with BELL, MAMONE and O'SULLIVAN in selling some of the stolen clothing that was taken from the First Choice shipments during the month of December 2000. The CW stated that he routinely socialized with BELL during this period of time. Through direct conversations with BELL and the others, he was aware that BELL and MAMONE planned the theft of the cargo and each shared in the illegal profits. According to the CW, O'SULLIVAN, BELL and the CW actively sold the stolen goods to various sources.

10. Since December 2000, MAMONE's home telephone has been monitored pursuant to Court Order relating to house arrest. During that time period (from December, 2000, to the present), according to monitored conversations, O'SULLIVAN visited MAMONE on approximately thirty occasions. MAMONE and O'SULLIVAN also spoke on the telephone on nearly one hundred occasions.

11. On July 3, 2001, in a recorded conversation with the CW, O'SULLIVAN acknowledged that MAMONE had received $5,000 from the sale of some of the goods that were stolen during December 2000 by defendant BELL and others. O'SULLIVAN confirmed that he had delivered the money to MAMONE while MAMONE was under house arrest. In a further conversation, O'SULLIVAN stated to the CW that MAMONE told him that he (MAMONE) had had a previous conversation with BELL about payment for the stolen goods.

WHEREFORE, because the defendant BELL has committed the aforementioned federal crimes while on bond, the government respectfully requests that the Court revoke defendant's bond and issue an arrest warrant.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DAVID BELL

## WARRANT FOR ARREST

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DAVID BELL__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)  violations of federal law while on bond

in violation of Title __18__ United States Code, Section(s) __3148(b)__

PATRICIA A. SEITZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

Signature of Issuing Officer

Miami, Florida
Date and Location

Bail fixed at $ __Pre-Trial Detention__

by PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

BLG

```
                          U.S. District Court
              FLS - Southern District of Florida FtLauderdale

                    CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                     Filed: 10/24/00
Assigned to: Patricia A. Seitz


Dkt # in other court: None

08/14/01    516         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01    517         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01    518         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01    519         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01    520         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01    512         SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01    513         SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01    514         ORDER as to John Mamone  denying [413-1] motion to alter
                        certain conditions of pretrial release as to John Mamone
                        (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                        [EOD Date: 8/16/01] CCAP  (dg) [Entry date 08/16/01]

08/15/01    521         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01    522         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/16/01    523         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01    524         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01    525         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01    526         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01    527         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01    528         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01    529         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/20/01    515         NOTICE of filing letter regarding pending discovery issues
                        by Fred Morgenstern (dg) [Entry date 08/21/01]
```

Attached to D.E. # _522_