~~Sealed~~ Unsealed _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,

_____/

FILED by _____ D.C.
AUG 1 7 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SEALED

## ORDER REVOKING BOND AND FOR ISSUANCE OF ARREST WARRANT

This matter came before the Court on the Government's Supplemented *Ex Parte* Sealed Motion for Revocation of Bond and Application for Arrest Warrant for Defendant, John Mamone. The Court having reviewed the motion, reviewed the Superseding Indictment and the Affidavit of Christopher Starrett and having held ex parte, a PAS sealed hearing at which agent Starrett expanded on his affidavit. It is

ORDERED that the Motion for Revocation of Bond is hereby GRANTED, and Defendant, David Bell's bond is hereby REVOKED. It is further

ORDERED that the Application for Arrest Warrant is GRANTED, and an arrest warrant shall issue for Defendant, David Bell.

DONE AND ORDERED in Miami, Florida this 17th day of August, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
David Nuby, USPSO (Ft. Laud.)
Darwin Crenshaw, USPSO (Ft. Laud.)
U.S. Marshal

526/8

BLG

U.S. District Court
FLS - Southern District of Florida FtLauderdale

CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                              Filed: 10/24/00
Assigned to: Patricia A. Seitz

Dkt # in other court: None

| Date | # | Entry |
|---|---|---|
| 08/14/01 | 516 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 517 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 518 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 519 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/14/01 | 520 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/15/01 | 512 | SEALED DOCUMENT (sp) [Entry date 08/16/01] |
| 08/15/01 | 513 | SEALED DOCUMENT (sp) [Entry date 08/16/01] |
| 08/15/01 | 514 | ORDER as to John Mamone denying [413-1] motion to alter certain conditions of pretrial release as to John Mamone (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01) [EOD Date: 8/16/01] CCAP☐ (dg) [Entry date 08/16/01] |
| 08/15/01 | 521 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/15/01 | 522 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/16/01 | 523 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 524 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 525 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 526 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 527 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 528 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/17/01 | 529 | SEALED DOCUMENT (sp) [Entry date 08/21/01] |
| 08/20/01 | 515 | NOTICE of filing letter regarding pending discovery issues by Fred Morgenstern (dg) [Entry date 08/21/01] |

Attached to D.E. # 526