~~Sealed~~

Unsealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA )
      Plaintiff, )
       )
v. )
       )
DAVID BELL, )
      Defendant. )
_____ )

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, requests that the Court order that the Supplemental Sealed Attachment to Government's <u>Ex Parte</u> Motion for Revocation of Bond and Application for an Arrest Warrant for Defendant DAVID BELL, this Motion to Seal, and the Sealing Order in the above-captioned matter be sealed and remained sealed until further order of the court or until such time as the defendant has been arrested because this defendant poses a danger to the community and is a risk of flight.

                      Respectfully submitted,

                      GUY A. LEWIS
                      UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    Assistant United States Attorney
    Court ID # A5500084
    500 E. Broward Boulevard, 7TH FL
    Fort Lauderdale, Florida  33394
    Telephone: (954) 356-7392
    Facsimile: (954) 356-7230

```
                                                              BLG

                           U.S. District Court
               FLS - Southern District of Florida FtLauderdale

                    CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                    Filed: 10/24/00
Assigned to: Patricia A. Seitz


Dkt # in other court: None

08/14/01   516        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   517        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   518        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   519        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   520        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   512        SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   513        SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   514        ORDER as to John Mamone denying [413-1] motion to alter
                      certain conditions of pretrial release as to John Mamone
                      (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                      [EOD Date: 8/16/01] CCAP (dg) [Entry date 08/16/01]

08/15/01   521        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   522        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/16/01   523        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   524        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   525        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   526        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   527        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   528        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   529        SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/20/01   515        NOTICE of filing letter regarding pending discovery issues
                      by Fred Morgenstern (dg) [Entry date 08/21/01]
```

Attached to D.E. # 528