**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | DAVID BELL (J) | CASE NO: | 00-6309-CR-SEITZ (s)(s) |
| AUSA: | BRIAN McCORMICK /Personally | ATTY: | JEFFREY HARRIS, ESQ. pres |
| AGENT: | | VIOL: | BOND VIOLATION |

PROCEEDING: I/A ON VIOLATION / ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT

RECOMMENDED BOND: BOND WAS REVOKED BY JUDGE SEITZ

*[Filed stamp: AUG 21 2001, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA - FT. LAUD.]*

BOND HEARING HELD - yes / no

COUNSEL APPOINTED:

BOND SET @: _____

To be cosigned by: _____

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

*Handwritten notes:* Advised of Charges. PTD requested - hrg set in Miami. AUSA will contact Miami duty judge re any conflicts in times set for hrg or duty Mag.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8/24 | 10 | Duty | Miami |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8/21/01    TIME: 11:00    FTL/LSS TAPE # 01 - 040    Begin: 576    End: 680

AUG 2 4 2001
Rec'd in MIA Dkt

55/01