AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DAVID BELL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

FILED by _____ D.C.
AUG 1 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ DAVID BELL ___
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)  violations of federal law while on bond

in violation of Title 18 United States Code, Section(s) 3148(b)

RECEIVED UNITED STATES MARSHAL
2001 AUG 17 PM 3:05
SOUTHERN DISTRICT OF FLORIDA WARRANTS

PATRICIA A. SEITZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

*Patricia A. Seitz*
Signature of Issuing Officer

August 17, 2001
Miami, Florida
Date and Location

Bail fixed at $ Pre-Trial Detention

PATRICIA A. SEITZ
by UNITED STATES DISTRICT JUDGE
Name of Judicial Officer

AUG 2 3 2001

Rec'd in MIA Dkt _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/17/01 | James A. Tassone U.S. Marshal S/District of FL | John Walker, ASDUSM |
| DATE OF ARREST 8/21/01 | | |

AO 442 (Rev. 12/85) Warrant for Arrest