UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

                        Case No. 00-6309-Cr-SEITZ
                        Case No. 00-084-Cr-SELTZER

       Plaintiff,

vs.                FORT LAUDERDALE, *FLORIDA*
                    OCTOBER 20, 2001

DAVID BELL, et al.,

       Defendants.
_____

**EXCERPT OF BOND HEARING TRANSCRIPT
BEFORE THE HONORABLE BARRY S. SELTZER,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

                **BRIAN McCORMICK, A.U.S.A.
                DIANA FERNANDEZ, A.U.S.A.
                UNITED STATES ATTORNEYS' OFFICE**
                500 East Broward Blvd., 7th Floor
                Ft. Lauderdale, FL 33301 954/356-7392

FOR THE DEFENDANT:

                **JEFFREY M. HARRIS, ESQ.**
                1 East Broward Blvd.
                Ft. Lauderdale, Florida

REPORTED BY:        **JERALD M. MEYERS, RPR-CM**
                Official Federal Court Reporter
                301 North Miami Avenue, 9th Floor

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**