UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA

vs.

DAVID BELL
               Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No :_ 27545-004 _____

Language:__ ENGLISH _____

      The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**       Address:_____

                          _____

                Tel. No:_____

**Defense Counsel:**    Name  :   JEFFREY HARRIS _____

                 Address: One East Broward Blvd; # 925

                        Fort Lauderdale, FL 33301

                Tel. No: (954) 522 - 7000

**Bond Set/Continued:**     $ 25,000 CSB w/ nebbia
                          $ 250,000 PSB

Dated this 24th day of August, 2001.

            CLARENCE MADDOX, CLERK

            BY__ Karen Sussmann _____
                Deputy Clerk

c:Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services
formarra.ign

            TAPE NO._ 01C 62 _____
            DIGITAL START NO. 1540

Brian McCormick, AUSA
Deana Fernandez, AUSA