UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA

vs.

JOHN MAMONE
DAVID BELL

ORDER

*FILED BY ___ 2001 AUG 24 PM 3:30 CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI D.C.*

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the __BOND REVOCATION__ hearing is hereby re-set to __August 30, 2001__ at __10:00 A.M.__ o'clock before the Duty Magistrate Judge.

DONE and ORDERED in Chambers, at Miami, Florida this __24__ day of __August__, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 01C-__62-1540__

cc: AUSA __Diana Fernandez / Brian McCormick__
Defense counsel
Pre-trial Services

__David Rothman, Esq__
__Jeffrey Harris, Esq.__