FILED
AUG 27 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>JOHN MAMONE, et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO UNSEAL

The United States of America, by and through the undersigned Assistant United States Attorney, requests that the Court order that the transcript of the ex parte hearings on the government's motion and application for an arrest warrant for defendants JOHN MAMONE and DAVID BELL held on August 16 and 17, 2001, be unsealed.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
Assistant United States Attorney
Court ID # A5500084
500 E. Broward Boulevard, 7TH FL
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230