# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: DAVID BELL (J)#   CASE NO: 00-6309-CR-Seitz

AUSA: Brian McCormick — will be 30 minutes late   ATTY: Jeff Harris present

AGENT: Diana Hernandez   VIOL:

PROCEEDING: Bond Revocation Hearing   RECOMMENDED BOND:

BOND HEARING HELD: (yes) no   COUNSEL APPOINTED:

BOND SET @:   To be cosigned by:

FILED by _____ D.C. INTAKE AUG 31 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Agent - Christopher Starrett sworn

Govt has met burden as to A committing a Crime -

Mot to revoke bond granted.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 8-31-01   TIME: 11:00am   TAPE # 01- 064   Begin: 1150   End: 3679

SEP 5 2001

01-065   1-230

Rec'd in MIA Dkt _____