UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 00-6309-CR-SEITZ (s)(s)

UNITED STATES OF AMERICA,
    Plaintff,

vs.
DAVID BELL

    Defendant.
_____/


FILED by ___ D.C.
MAG. SEC.
SEP 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: This cause came before the Court for Bond revocation. The Bond of $250,000 psb & $25,000 csb w/ nebbia was set by Judge Seltzer. The matter of bond revocation will be addressed by Magistrate Judge Barry S. Seltzer.

**DONE AND ORDERED** at Miami, Florida this ____30____ day of __AUGUST__, 20__01__.

TAPE NO: 01G-65-1887

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

c:  AUSA
    Defense Counsel
    U.S. Marshal Service
    Pretrial Services

Rec'd in MIA Dkt __9-17-01__