UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
CT REP.

SEP 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

                      Case No. 00-6309-Cr-SEITZ

        Plaintiff,

vs.                      MIAMI, FLORIDA
                            August 31, 2001

DAVID BELL,
JOHN MAMONE, et al.,

        Defendants.

---

**TRANSCRIPT OF BOND REVOCATION HEARING**
**BEFORE THE HONORABLE BARRY SELTZER**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

        J. BRIAN McCORMICK, A.U.S.A.
        DIANA L. W. FERNANDEZ, A.U.S.A.
        *UNITED STATES ATTORNEYS' OFFICE*
        500 East Broward Blvd., 7th Floor
        Ft. Lauderdale, FL 33301 954/356-7392

FOR THE DEFENDANT:

        JEFFREY HARRIS, ESQ.
        1 East Broward Blvd., Suite 1500
        Miami, Florida

REPORTED BY:    JERALD M. MEYERS, RPR-CM
        Official Federal Court Reporter
        301 North Miami Avenue, 9th Floor
        Miami, FL 33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**