UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOHN MAMONE,
    a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
MICHAEL BUCCINNA,
    a/k/a "Mikey Boots,"
DAVID BELL,
JOHN O'SULLIVAN,
    a/k/a "Johnny O,"
MARK WEISS,
MARK CARATTINI,
ANSON KLINGER,
FREDERICK SCAROLA,
CHARLES CLAY, and
DOREEN RUSSO,

    Defendants.
_____/

## NOTICE OF LIS PENDENS

**GRANTEE: DAVID E. BELL, JR. and STACEY BELL**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on August 14, 2001, a Second Superseding Indictment was returned by a Grand Jury sitting in the Southern District of Florida, charging the above defendant(s), and others known and unknown to the Grand Jury, with violations, among others, of Title 18, U.S.C. §§1962, 1956, etc., and more particularly charging in the forfeiture section of the indictment, that the following described real property, together with all appurtenances

thereto, improvements thereon, furnishings and fixtures, is forfeitable, as a substitute asset, to the United States of America under the provisions of 18 U.S.C. §§ 982 and 1963(m):

All that lot or parcel of land, together with its building, improvements, fixtures, attachments and easements, located at 4973 N.W. 115 Terrace, Coral Springs, Florida, and more particularly described as:

> WYNDHAM CIRCLE 157-9 B POR PAR B DESC AS COMM SE COR PAR B, NE 565.93 TO POB, NW 145, NELY AN ARC DIST 59.69 TO P/R/C, NELY AN ARC DIST 9.50, SE 136.09, SE 10.10, SWLY AN ARC DIST 71.22 TO POB AKA: LOT 38
> PARK PLACE AT WYNDHAM LAKES, according to the Plat thereof, as recorded in Plat Book 25825, Page 534, in the Public Records of Broward County, Florida.
> Property I.D. # 484108150380

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 18 U.S.C. §1963(i) and 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 18 U.S.C. §1963(l) and 21 U.S.C. § 853(n) following the entry of any order of forfeiture.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Boulevard
Suite 700
Ft. Lauderdale, Fl 33394
Tel: (954)356-7314 ext. 3614
Fax: (954)356-7180
Fla. Bar No. A5500074