UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA

    Plaintiff,

v.

DAVID BELL,

    Defendant.

## MOTION TO ADOPT DEFENDANT MAMONE'S
## MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

NOW COMES the Defendant, DAVID BELL, by and through his undersigned attorney, and respectfully files this Motion to Adopt Co-Defendant John Mamone's Motion for Extension of Time to File Pre-Trial Motions and in support of the motion states the following:

1. The pre-trial motions on this case are due to be filed on or before September 14, 2001.

2. On August 21, 2001, David Bell, was arrested on an Order granting Government's Motion to Revoke Bond.

3. His bond hearing was scheduled to be held on August 24, 2001, but was rescheduled for Thursday August 27, 2001, to allow counsel time to review five hundred (500) pages of wiretap intercepts and to further prepare for set hearing.

4. On August 27, 2001, Magistrate Turnoff, the Duty Magistrate, ruled that the bond Revocation hearing must be heard by the Magistrate who issued the original bond.

5. On August 31, 2001, a hearing was held on the Defendant's bond and Judge Seltzer ruled that the Defendant shall remain in custody.

NON-COMPLIANCE OF S.D. fla. L.R. S1A1



JEFFREY M. HARRIS, P.A.
SUITE 925 • SOUTHTRUST TOWER • ONE EAST BROWARD BOULEVARD • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 522-7000

6. Counsel was in Court on this matter on August 21, August 24, August 31, 2001.

7. Since the bond hearing, the Court has been closed several days due to Labor Day, Jewish Holidays, Court closings due to bomb warnings. Also, counsel has been preparing the Appeal of the Magistrate's ruling.

8. It has also been agreed between defense counsel that an Omnibus Motion would be filed on behalf of all co-defendants.

9. Counsel has discussed this matter with several of the attorneys for co-defendants and all are uniformly requesting additional time to file pre-trial motions.

10. At the time of this Motion, undersigned counsel has been unable to contact Brian McCormick, the prosecutor in the case *sub judice*.

WHEREFORE, the Defendant respectfully prays unto this Honorable Court allowing the Defendant, David Bell, to adopt and join the co-defendant Mamone's Motion for Extension to File Pre-Trial Motions and Order be entered granting his request for an extension of time.

Respectfully submitted,
JEFFREY M. HARRIS, P.A.
One East Broward Boulevard
Suite 925 - South Trust Tower
Fort Lauderdale, Florida 33301
(954) 522-7000
FAX: (954) 522-7008
Fla. Bar # 195981

JEFFREY M. HARRIS

I HEREBY CERTIFY that a true and correct copy of this foregoing has been furnished by U.S. Mail this 20 day of September, 2001, to the following listed attorneys.

_____
JEFFREY M. HARRIS

H. Brian McCormick,
Assistant U.S Attorney
500 East Broward Blvd
Suite # 700
Fort Lauderdale, FL 33394

Emmanuel Perez, Esq.
2121 Ponce De Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Charles G. White, Esq.
2250 Southwest 3rd Avenue
Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)

Donald R. Spadaro, Esq.
1000 S. Federal Highway
Suite 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

David Rothman, Esq.
First Union Financial Ctr.
200 South Biscayne Blvd.
Suite # 2690
Miami, FL 33131
(Counsel for John Mamone)

Michael Tarre, Esq.
Two S. Biscayne Blvd
Suite # 3250
Miami FL 33132
(Counsel for Jeffrey Bass)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

John Howes, Esq.
633 Southeast Third Avenue
Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

John F. Cotrone, Esq.
509 Southeast 9th Street
Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Peter Raben, Esq.
2665 S. Bayshore Dr
Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Philip R. Horowitz, Esq.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156
(Counsel for Mark Weiss)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd Suite 2690
Miami, FL 33131
(Counsel for Michael Buccianna)

Neil M. Nameroff, Esq.
100 Southeast 2nd Avenue
Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
(Counsel for David Morgenstern)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, Florida 33432
(Counsel for Giuseppe Bellitto)

Richard Hamar, Esq..
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

David G. Vinikoor, Esq.
420 Southeast 12th sTreet
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Jayne C. Weintraub, Esq.
100 Southeast 2nd Street
Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)