UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA

  Plaintiff,

v.

DAVID BELL,

  Defendant.



### NOTICE OF CHANGE OF ADDRESS

COMES NOW Jeffrey M. Harris, Esquire, counsel of record for the above named Defendant and hereby notices this Court and the parties that his office address has changed and would further request that all pleadings be amended to reflect the new address as listed below. It should be noted that the fax number has also been changed.

>JEFFREY M. HARRIS, ESQUIRE
>One East Broward Boulevard
>Suite 925
>Fort Lauderdale, Florida 33301
>Tel: (954) 522-7000
>Fax: (954) 522-7008

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of September, 2001 to Brian McCormick, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301 and to all counsel of record.

JEFFREY M. HARRIS, P.A.
SUITE 925 • SOUTHTRUST TOWER • ONE EAST BROWARD BOULEVARD • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 522-7000

                        Respectfully submitted,
                        JEFFREY M. HARRIS, P.A.
                        One East Broward Boulevard
                        Suite 925 - South Trust Tower
                        Fort Lauderdale, Florida  33301
                        (954) 522-7000
                        FAX:  (954) 522-7008
                        Fla. Bar # 195981

                        _____
                        JEFFREY M. HARRIS

| | |
|---|---|
| Brian McCormick,<br>Assistant U.S Attorney<br>500 East Broward Blvd<br>Suite # 700<br>Fort Lauderdale, FL 33394 | David Rothman, Esq.<br>First Union Financial Ctr.<br>200 South Biscayne Blvd.<br>Suite # 2690<br>Miami, FL 33131<br>(Counsel for John Mamone) |
| Emmanuel Perez, Esq.<br>2121 Ponce De Leon Blvd.<br>Suite 290<br>Coral Gables, FL 33134-5222<br>(Counsel for Joseph Silvestri) | Michael Tarre, Esq.<br>Two S. Biscayne Blvd<br>Suite # 3250<br>Miami FL 33132<br>(Counsel for Jeffrey Bass) |
| James Benjamin, Esq.<br>1 Financial Plaza, Suite 1615<br>Fort Lauderdale, FL 33394<br>(Counsel for Mark Carattini) | Brian H. Bieber, Esq.<br>2600 Douglas Rd., Penthouse 1<br>Coral Gables, FL 33134<br>(Counsel for Joseph Spitaleri) |
| Charles G. White, Esq.<br>2250 Southwest 3rd Avenue<br>Suite 150<br>Miami, FL 33129<br>(Counsel for Peggy Preston) | John Howes, Esq.<br>633 Southeast Third Avenue<br>Suite 4F<br>Fort Lauderdale, FL 33302<br>(Counsel for Fred Morgenstern) |

Donald R. Spadaro, Esq.
1000 S. Federal Highway
Suite 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Peter Raben, Esq.
2665 S. Bayshore Dr
Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Philip R. Horowitz, Esq.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156
(Counsel for Mark Weiss)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd Suite 2690
Miami, FL 33131
(Counsel for Michael Buccianna)

Neil M. Nameroff, Esq.
100 Southeast 2nd Avenue
Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
(Counsel for David Morgenstern)

John F. Cotrone, Esq.
509 Southeast 9th Street
Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, Florida 33432
(Counsel for Giuseppe Bellitto)

Richard Hamar, Esq..
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

David G. Vinikoor, Esq.
420 Southeast 12th sTreet
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Jayne C. Weintraub, Esq.
100 Southeast 2nd Street
Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)