CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
SEP 2 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr        Date 9/21/01
Clerk L. Webb              Reporter D. Ehrlich
USPO _____               Interpreter _____
USPTS _____

AUSA B. McCormick/         Def. Atty. All As represented.
     D. Fernandez

United States of America v. McMurne, et al.

Defendant(s): Present _____  Not Present  X   In Custody _____
Reason for Hearing  Status Conf.

Results of Hearing  Rothman & Harris to meet 5
days before status to determine if
there is need for conf. & into Ct 2 days prior.
Schwartz & Karlow have trial on 2/11 before
JAG on USA v. Arias which conflicts ours.
Discussion re copying of docs in SC
case. Gov't & As to work out means of
supplying As with docs.
CSA lead counsel — John Howes re SC
docs — to work w/ Shanes to get docs.
Howes will inform Court by 10/1 of results
of doc discovery.

Misc. _____

48