UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA

Plaintiff,

v.

DAVID BELL,

_____Defendant._____

## MOTION TO ADOPT DEFENDANT MAMONE'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS.

NOW COMES the Defendant, DAVID BELL, by and through his undersigned attorney, and respectfully files the Motion to Adopt Co-Defendant John Mamone's Motion for Extension of time to file Pre-Trial Motions as outlined in Mamone's Motion dated October 17, 2001 and prays for the same relief.

WHEREFORE, based on the foregoing, David Bell respectfully requests the Court grant his Motion to Adopt Defendant Mamone's Motion for Extension of Time to File Pre-Trial Motions.

Respectfully submitted,
JEFFREY M. HARRIS, P.A.
One East Broward Boulevard
Suite 925 - South Trust Tower
Fort Lauderdale, Florida 33301
(954) 522-7000
FAX: (954) 522-7008
Fla. Bar # 195981

JEFFREY M. HARRIS

JEFFREY M. HARRIS, P.A.
SUITE 925 • SOUTHTRUST TOWER • ONE EAST BROWARD BOULEVARD • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 522-7000

I HEREBY CERTIFY that a true and correct copy of this foregoing has been furnished by U.S. Mail this 18 day of October, 2001, to the following listed attorneys.

JEFFREY M. HARRIS

H. Brian McCormick,
Assistant U.S Attorney
500 East Broward Blvd
Suite # 700
Fort Lauderdale, FL 33394

Emmanuel Perez, Esq.
2121 Ponce De Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Charles G. White, Esq.
2250 Southwest 3rd Avenue
Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)

David Rothman, Esq.
First Union Financial Ctr.
200 South Biscayne Blvd.
Suite # 2690
Miami, FL 33131
(Counsel for John Mamone)

Michael Tarre, Esq.
Two S. Biscayne Blvd
Suite # 3250
Miami FL 33132
(Counsel for Jeffrey Bass)

David Tarlow, Esquire
801 Brickell Avenue Suite 1901
Miami, Florida 33131
(Counsel Frederiak Scaarola)

John Howes, Esq.
633 Southeast Third Avenue
Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Howard Srebnick, Esquire
201 South Biscayne Bouvelard
Suite 1300
Mami, Florida 33131

Philip R. Horowitz, Esq.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156
(Counsel for Mark Weiss)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd Suite 2690
Miami, FL 33131
(Counsel for Michael Buccianna)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
(Counsel for David Morgenstern)

David G. Vinikoor, Esq.
420 Southeast 12th sTreet
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Joseph Rosenbaum, Esquire
2400 South Dixie Highway
Suite 105
Miami, Florida 33133
(Counsel for Anson Klinger)

Richard Hamar, Esq..
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Jayne C. Weintraub, Esq.
100 Southeast 2nd Street
Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)