UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6309-CR-SEITZ/GARBER(S)(S)

```
FILED by _____ D.C.

    OCT 2 5 2001

   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA  MIAMI
```

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

JOHN MAMONE, et al.,
                    Defendant.

_____

ORDER CONCERNING NEBBIA

This matter having come before the Court on the government's stipulation concerning Nebbia by defendant David Bell, and the Court having considered the matter and being otherwise informed in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that the Nebbia is deemed to have been satisfied.

This October 25, 2001 in Miami, Fla.


                                   _____
                                   PATRICIA A. SEITZ
                                   UNITED STATES DISTRICT JUDGE

Rec'd in MIA Dkt  10-29-01

cc: AUSA Diana L.W. Fernandez
    Jeff Harris, Esq.