UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA

   Plaintiff,

v.

DAVID BELL,

   Defendant.
_____

### MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS.

NOW COMES the Defendant, DAVID BELL, by and through his undersigned attorney, and respectfully files this Motion to Extend the Time to File Pre-Trial Motions and in support thereof states the following:

1. Pre-Trial Motions on this case are due to be filed on or before November 19, 2001.

2. Undersigned counsel commenced a Murder in the first degree trial on October 29, 2001, State of Florida v. David Nord, Case No. 94-18567 CF10A. Said trial lasted through November 6, 2001.

3. Undersigned counsel immediately commenced another Murder in the first degree trial to wit: State of Florida V. Pui Kei Wong, Case No. 98-001287 CF10A. This trial started on November 13, 2001, and as of this date is still ongoing. The three (3) days between trial were utilized by interviewing witnesses and preparing cross-examination.

4. Due to preparing for and being in trial on two (2) separate murder trials, undersigned counsel has not had an opportunity to file all pre-trial motions. Wherefore, undersigned

JEFFREY M. HARRIS, P.A.
SUITE 925 • SOUTHTRUST TOWER • ONE EAST BROWARD BOULEVARD • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 522-7000

counsel is requesting additional time to file said pre-trial motions.

5. At the time of this Motion undersigned counsel has been unable to contact Brian McCormick, prosecutor in the case *subjudice*.

WHEREFORE, the Defendant respectfully prays unto this Honorable Court allowing the Defendant, David Bell, three additional weeks to file pre-trial motions.

Respectfully submitted,

JEFFREY M. HARRIS, P.A.
One East Broward Boulevard
Suite 925 - South Trust Tower
Fort Lauderdale, Florida 33301
(954) 522-7000
FAX: (954) 522-7008
Fla. Bar # 195981

_____
JEFFREY M. HARRIS

I HEREBY CERTIFY that a true and correct copy of this foregoing has been furnished by U.S. Mail this 16 day of November, 2001, to the following listed attorneys.

_____
JEFFREY M. HARRIS

H. Brian McCormick,
Assistant U.S Attorney
500 East Broward Blvd
Suite # 700
Fort Lauderdale, FL 33394

Emmanuel Perez, Esq.
2121 Ponce De Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Charles G. White, Esq.
2250 Southwest 3rd Avenue
Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)

Howard Srebnick, Esquire
201 South Biscayne Bouvelard
Suite 1300
Mami, Florida 33131

Philip R. Horowitz, Esq.
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156
(Counsel for Mark Weiss)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd Suite 2690
Miami, FL 33131
(Counsel for Michael Buccianna)

David Rothman, Esq.
First Union Financial Ctr.
200 South Biscayne Blvd.
Suite # 2690
Miami. FL 33131
(Counsel for John Mamone)

Michael Tarre, Esq.
Two S. Biscayne Blvd
Suite # 3250
Miami FL 33132
(Counsel for Jeffrey Bass)

David Tarlow, Esquire
801 Brickell Avenue Suite 1901
Miami, Florida 33131
(Counsel Frederiak Scaarola)

John Howes, Esq.
633 Southeast Third Avenue
Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Joseph Rosenbaum, Esquire
2400 South Dixie Highway
Suite 105
Miami, Florida 33133
(Counsel for Anson Klinger)

Richard Hamar, Esq..
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

3

Ana M. Jhones, Esq.  
Bayside Plaza, Suite 625  
330 Biscayne Boulevard  
Miami, FL 33132  
(Counsel for David Morgenstern)

Jayne C. Weintraub, Esq.  
100 Southeast 2nd Street  
Suite 3550  
Miami, FL 33131  
(Counsel for Joseph Russo)

David G. Vinikoor, Esq.  
420 Southeast 12th sTreet  
Fort Lauderdale, FL 33316  
(Counsel for Jacolyn Baruch)