CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.
FEB 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr                Date 2/4/02
Clerk L. Webb                      Reporter D. Ehrlich
USPO ___                           Interpreter ___
USPTS ___

AUSA D. Fernandez                  Def. Atty. J. Harris

United States of America v. David Bell

Defendant(s): Present  X    Not Present ___    In Custody  No
Reason for Hearing  Change of Plea to Count 1
2nd Superseding Indictment
Results of Hearing  Adjudicated guilty; PSI ordered;
Referred to USPO

Misc. Defendant to remain on bond
pending sentencing.

855/8