UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO: 00-6309-CR-SEITZ
    JUDGE: SEITZ

   Plaintiff,

v.

DAVID BELL,

   Defendant.

_____

## MOTION FOR PERMISSION TO TRAVEL

NOW COMES the Defendant, DAVID BELL, by and through his undersigned counsel, JEFFREY M. HARRIS, and respectfully prays unto this Honorable Court for an Order Granting Permission to Travel to Orlando, Tampa and Lake Placid for 17 days, and as grounds therefore states the following:

1. The Defendant, David Bell, was indicted on October 24, 2000.

2. The Defendant, David Bell, as since been released on bond which restricts his travel to the Southern District of Florida.

3. The Defendant currently resides in Broward County and would like to travel to Orlando, Tampa and Lake Placid from March 22, 2002, through April 7, 2002.

4. Gavin Churchill, Pre-Trial Services Officer has no comment as to the Motion for Permission to Travel and acquiesces to the opinion of Brian McCormick, Assistant U.S. Attorney.

5. Assistant U.S. Attorney, Brian McCormick, has no objection to David Bell's permission to travel.

WHEREFORE, the undersigned counsel respectfully prays unto this Honorable Court for an Order Granting Permission to Travel as outlined above.

I HEREBY CERTIFY that a copy of this Motion has been furnished to the U.S. District Clerk of the Court, Federal Courthouse Square, 301 North Miami Avenue, Miami, Florida 33128, Brian McCormick, Esquire, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, Gavin Churchill, Pre-Trial Services Officer, 299 East Broward Boulevard, Room 301, Fort Lauderdale, Florida 33301, and to the following list of attorneys this 20 day of February, 2002.

JEFFREY M. HARRIS, P.A.
One East Broward Boulevard
Suite 925 - SouthTrust Tower
Fort Lauderdale, Florida 33301
(954) 522-7000
FLA.BAR#   195981

JEFFREY M. HARRIS

H. Brian McCormick,
Assistant U.S Attorney
500 East Broward Blvd
Suite # 700
Fort Lauderdale, FL 33394

Emmanuel Perez, Esq.
2121 Ponce De Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

James Benjamins, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Charles G. White, Esq.
2250 Southwest 3rd Avenue
Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)

Donald R. Spadaro, Esq.
1000 S. Federal Highway
Suite 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Peter Raben, Esq.
2665 S. Bayshore Dr
Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Philip R. Horowitz, Esq.
12651 South Dixie Highway
Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

David Rothman, Esq.
First Union Financial Ctr.
200 South Biscayne Blvd.
Suite # 2690
Miami. FL 33131
(Counsel for John Mamone)

Michael Tarre, Esq.
Two S. Biscayne Blvd
Suite # 3250
Miami FL 33132
(Counsel for Jeffrey Bass)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

John Howes, Esq.
633 Southeast Third Avenue
Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

John F. Cotrone, Esq.
509 Southeast 9th Street
Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd Suite 2690
Miami, FL 33131
(Counsel for Michael Buccianna)

Neil M. Mameroff, Esq.
100 Southeast 2nd Avenue
Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

David G. Vinikoor, Esq.
420 Southeast 12th Street
Fort Lauderdale, FL 33316
(Counsel For Jacolyn Baruch)

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)