UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,

_____/



### ORDER DENYING MOTIONS

This matter came before the Court on Defendant David Bell's Motion for Permission to Travel and Motion to Modify Conditions of Bond. Neither motion explains to this Court the purpose for such requests. Therefore, it is

ORDERED that Defendant's Motions are DENIED, without prejudice.

DONE AND ORDERED in Miami, Florida this 26th day of February, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Jeffrey Harris, Esq.
Gavin Churchill, USPSO

> Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. **Orders should** include a full service list.

