UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

     Plaintiff,

CASE NO:    00-6309-CR-SEITZ

JUDGE:    SEITZ

v.

DAVID BELL,

     Defendant.

FILED by _____ D.C.

MAR 1 1 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

THIS CAUSE coming on Motion of the Defendant, by and through his attorney, JEFFREY

M. HARRIS, notice having been duly given, the Court being fully advised in the premises.

IT IS HEREBY ORDERED that the Defendant's Motion for Travel is hereby granted and

David Bell may travel to Lake Placid from March 22, 2002, through March 31, 2002, and the 10:00

p.m. curfew is hereby rescinded during the time period *to 12:30 a.m.* *PAS*

DONE AND ORDERED in Miami, Florida, this *11* day of *March*, 2002.

HONORABLE PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies Furnished:

Brian McCormick - Office of the United States State Attorney
Gavin Churchill - Pre-Trial Services Officer
Jeffrey M. Harris, Esquire

Since the initiation of this Court's
FAXBACK program, the parties are
no longer required to submit envelopes
with their motions & proposed orders.
Orders should include a full service list.