JBM:df

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID BELL,

        Defendant.
_____

NIGHT BOX FILED
MAR 27 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING FOR SIXTY DAYS

The United States of America, through its undersigned Assistant United States Attorneys, respectfully files this Motion to Continue Sentencing hearing for sixty days, and in support thereof, states as follows:

1. On February 4, 2002, the defendant entered a guilty plea to Count 1 of the superseding indictment in this case. Part of the plea agreement included that the defendant would provide substantial assistance.

2. The Court set April 17, 2002, for sentencing.

3. The government requests that the Court continue the sentencing of defendant Bell to enable him to complete his cooperation, which includes testifying at trial.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 26th day of March, 2002 to:

Jeffrey Harris, Esq.
One East Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY