UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,

_____/



FILED by ____ D.C.

JUN 0 6 2002

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

## NOTICE RESETTING TIME OF SENTENCING

PLEASE TAKE NOTICE that the Sentencing in the above matter is reset to **August 19, 2002 at 8:30 a.m.**

DATED: June 6, 2002

By Order of the Court
Clarence Maddox, Clerk

By_____
Deputy Clerk

Copies to:
Brian McCormick, AUSA
Jeffrey Harris, Esq., 1 E. Broward Blvd., #1500, Ft. Laud., FL 33301
U.S. Probation