NIGHT BOX
FILED

JUL 1 6 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(S)(S)

UNITED STATES OF AMERICA,
           Plaintiff,

v.

JOHN MAMONE, and
DAVID BELL,
           Defendants.

AMERICAN BANKERS INSURANCE COMPANY,
    Corporate Surety,

and

ANA GRACE MAMONE,
JOSEPH V. MAMONE,
MICHELLE VARTANIAN,
RALPH VARTANIAN,
JAMES C. GUICE,
CONNIE R. GUICE,
LARRY R. SWITZER,
CAROL L. SWITZER,

AMERICAN SURETY COMPANY,
    Corporate Surety,

and

STACEY BELL

    Surety.
_____/

GOVERNMENT'S MOTION TO WITHDRAW GOVERNMENT'S
MOTION FOR REVOCATION AND ESTREATURE AND FOR ENTRY
OF A FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

The United States of America, through its undersigned Assistant United States Attorneys, respectfully files this motion

to withdraw the previously filed Government's Motion for Estreature of Appearance Bond for defendants John Mamone and David Bell and in support thereof states as follows:

1. On August 22, 2001, the government filed a motion for estreature of the corporate surety and personal surety bonds relating to the defendants John Mamone and David Bell based upon their commission of criminal violations while on bond.

2. On August 27, 2001, the government filed a motion to hold the request for estreature in abeyance in order to allow the government an opportunity to meet with the sureties and their attorneys.

3. The government has since met or communicated with all the third-parties sureties. In light of the information provided by those individuals and their attorneys, as well as the government's investigation concerning the background of these individuals, the government believes that estreature of the bonds should not be ordered.

WHEREFORE, the government respectfully requests that this motion to withdraw the previously filed motions for estreature of bond be granted.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _/s/ Diana W. Fernandez for_
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _/s/ Diana W. Fernandez_
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 16th day of July, 2002 to:

David B. Rothman, Esq.
first Union financial Center
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for John Mamone)

Anna Grace Mamone
1960 August Terrace
Coral Springs, FL 33071

American Bankers Insurance Company
Golddy Duran
1575 NW 14th Street
Miami, FL 33125

Joseph V. Mamone
300 W. 23rd St., #17A
New York, NY 10011

Michelle Vartanian
1800 Colonial Drive
Coral Springs, FL 33071

James C. Guice
11911 Winged Ft. Terr.
Coral Springs, FL 33071

Connie R. Guice
11911 Winged Ft. Terr.
Coral Springs, FL 33071

Larry R. Switzer
2080 Augusta Terrace
Coral Springs, FL 33071

Carol L. Switzer
2080 Augusta Terrace
Coral Springs, FL 33071

Jeffrey Harris, Esq.
One East Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Stacey Bell
7705 Andes Lane
Parkland, FL 33007

American Surety Company
Eduardo Almeida
1133 SE 3rd Avenue
Fort Lauderdale, FL 33316

American Surety Company
P.O. Box 68932
Indianapolis, IN 46268

*[signature]*
DIANA L.W. FERNANDEZ
Assistant United States Attorney