UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,
_____/



FILED by _____ D.C.

AUG 7 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING SENTENCING

This matter came before the Court on Defendant's Motion to Reset Date of Sentencing. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The sentencing is reset to **August 16, 2002, at 8:30 a.m.**

DONE AND ORDERED in Miami, Florida this 6th day of August, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Jeffrey Harris, Esq.
U.S. Probation