CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.
AUG 1 6 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-CR  Date August 16, 2002
Clerk Amy Jordan  Reporter Patricia Sanders
USPO Todd Eisinger  Interpreter ____
USPTS ____

AUSA Brian McCormick  Def. Atty. Jeffrey Harris

United States of America v. David Bell (B)

Defendant(s): Present ✓   Not Present ___   In Custody ___
Reason for Hearing: Sentencing

Results of Hearing: Gov't's 5K1.1 Motion Granted. Defendant sentenced 30 months imprisonment as to Count one; 3 years of Supervised Release; $100.00 Special Assessment; Fine waived; Restitution will be determined at a later date; 200 hours Community Service. Special Conditions ① Submit to Search of Person
Misc.: ② Sell no Securities to public ③ Can not be Self-employed w/o permission from Probation ④ Can not incur further debt w/o permission from Probation ⑤ Complete access to finances ⑥ Not associate w/any organized crime groups.
Court recommends a Camp in South Miami.
Remaining Counts are dismissed.
Restitution hearing Scheduled for 11/8/02 @ 8:30am.
Surrender Date Tuesday, 11-12-02.
Defendant has 10 days w/in to Appeal.