UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

DAVID BELL,
_____/

## ORDER MODIFYING SURRENDER

This matter came before the Court on Defendant's Motion to Modify Judgment In a Criminal Case. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED, in that the Defendant shall surrender to the institution designated by the Bureau of Prisons before **2:00 p.m. on November 12, 2002.**

DONE AND ORDERED in Miami, Florida this 25th day of September, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Jeffrey Harris, Esq., 1 E. Broward Blvd., #925, Fort Laud., FL  33301
U.S. Marshal
Bureau of Prisons
U.S. Pretrial Services
U.S. Probation