CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
NOV 13 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-CR    Date 11/8/02
Clerk L. Webb    Reporter D. Ehrlich
USPO Eugene Davis    Interpreter _____
USPTS _____

AUSA D. Fernandez    Def. Atty. Jeffrey Harris

United States of America v. David Bell

Defendant(s): Present X   Not Present _____   In Custody No
Reason for Hearing Restitution hearing

Results of Hearing $475,000.00 as follows $300,000 to Rubbo victims; $175,000 to So. Carolina victims. Rubbo victims paid 1st until they recover 45% of loss — then pay both. $5,000 paid today. $7,500 minimum/month til 5/03 for a total of $50,000.00 — Then 10% of combined net payroll income.

Misc. Parties to resubmit payment plan after incarceration so restitution will be paid in full til end of supervised release.