UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,

_____/



FILED by _____ D.C.

NOV 15 2002

## JUDGMENT OF RESTITUTION

This matter came before the Court on November 8, 2002, for hearing on restitution. On February 2, 2002, Defendant, David Bell, pled guilty to Count One of the Second Superseding Indictment in the above-styled case which charged him with RICO conspiracy under Title 18 U.S.C. 1962(d). He was sentenced August 16, 2002, to 30 months incarceration. The determination of restitution was deferred until November 8, 2002. The Court having heard representations of counsel and being otherwise fully advised, it is

ORDERED that the Defendant, David Bell, shall make restitution in the amount of $475,000.00 as follows: $175,000.00 to the "North Carolina Victims" (see attached list), and $300,000.00 to the "Rubbo Victims" (see attached list). It is further

ORDERED that, because the North Carolina Victims have recovered forty-four (44%) percent of the defrauded investors' funds and the Rubbo Victims have thus far recovered nothing, any monies received shall be first applied to the Rubbo Victims until they have received forty-five (45%) percent of the defrauded funds. Thereafter, any funds received shall be allocated between the victims in the two frauds in the total amounts of $175,000.00 to the North Carolina victims, and $300,000.00 to the Rubbo Victims. It is further

ORDERED that payments on the restitution shall be made as follows: $5,000.00 shall be paid immediately; $45,000.00 shall be paid on or before May 2, 2003, in minimum monthly payments of $7,500.00. Thereafter, Defendant shall pay ten (10%) percent of his and his wife's monthly combined net payroll income. It is further

ORDERED that upon completion of Defendant's term of incarceration, at the beginning of the term of supervised release, the parties shall submit a revised payment plan with the goal of fully satisfying restitution by the end of the three-year term of supervised release.

DONE AND ORDERED in Miami, Florida this 14th day of November, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
Jeffrey Harris, Esq.
Eugene Davis, USPO
U.S. Marshal
Bureau of Prisons
Financial Section