UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,**         )
                                          )   CASE NUMBER
       PLAINTIFF,               )   00-6309-CR-SEITZ
                                          )
  VS.                                     )
                                          )
**DAVID BELL,**                           )   THIS VOLUME:
                                          )   PAGES 1 - 16
       DEFENDANT.               )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON OCTOBER 26, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    J. BRIAN MCCORMICK, A.U.S.A., AND
                      DIANA FERNANDEZ, A.U.S.A.

FOR THE DEFENDANT:     JEFFREY HARRIS, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

PLEASE REFER TO COURT FILE