UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,
_____/



## ORDER SETTING RULE 35 HEARING

This matter came before the Court on the Government's Motion to Reduce Sentence. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that this matter is set for hearing on **January 23, 2004, at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida this 12th day of January, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Jeffrey Harris, Esq.
U.S. Probation