UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,

_____/

FILED by ___ D.C.
JAN 1 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING RULE 35 HEARING

Due to a conflict with defense counsel's schedule the Rule 35 hearing is reset to **January 22, 2004, at 11:00 a.m.**

DONE AND ORDERED in Miami, Florida this 15th day of January, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Jeffrey Harris, Esq.
U.S. Probation