UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         Case No. 00-6309-CR-PAS

    v.                           MIAMI, FLORIDA
                             November 8, 2002
                             VOLUME I

                             PAGE 1 TO 20

DAVID BELL

RESTITUTION HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                 DIANA L. W. FERNANDEZ, ESQ.
                 Assistant United States Attorney
                 500 E. Broward Boulevard - 7th Floor
                 Ft. Lauderdale, FL 33301-3002

FOR THE DEFENDANT:

                 JEFFREY M. HARRIS, ESQ.
                 1 East Broward Boulevard - Suite 925
                 Ft. Lauderdale, FL  33301

REPORTED BY:        DAVID S. EHRLICH, RPR
                 Official Court Reporter
                 301 N. Miami, Room 504
                 Miami, Florida 33128-7788
                 (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 00-6309-CR-PAS
### DE#1597

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☒ STATE COURT RECORD (Habeas Cases)
- ☒ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____