1  anticipate good things for his income.

2      THE COURT: My concern is that once the term of

3  incarceration is over with, I want to add that we will reexamine

4  the percentage of the payout of the combined income so that there

5  -- we look at what his situation is, because it is hard to predict,

6  and we really need to have more facts before we come up with a

7  plan. But the goal of the Court is that I want Mr. Bell at the end

8  of the term of supervised release to have this behind him

9  completely and he can say, "I stepped up to the plate, I did my

10 time and I paid what I did, and I can demonstrate to society that I

11 am a responsible adult and that you can count on me."

12     MR. HARRIS: In all honesty, Judge, that is exactly what

13 he is thinking.

14     THE COURT: So I want to make sure that we can give him a

15 gold star 'at-a-boy, and that -- I'm trying to recollect, but my

16 usual plan to encourage exemplary performance on the term of

17 supervised release is to provide an incentive to a defendant if at

18 the end of two years they have been just outstanding, and all of

19 the fines are paid, that I will entertain a motion for early

20 termination.

21     Did I do that? I don't see it --

22     MR. HARRIS: I don't think you said that. But we

23 wouldn't be against that happening.

24     THE COURT: You would be against it?

25     MR. HARRIS: I would not be.