UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,
_____/

## ORDER REQUIRING RESPONSE FROM GOVERNMENT AND U.S. PROBATION

This matter came before the Court on Defendant David Bell's Motion for Early Termination of Probation [DE 1617]. Therefore, it is

ORDERED that the Government and U.S. Probation shall file a response to the Motion on or before **March 26, 2007**.

DONE AND ORDERED in Miami, Florida, this 16th day of March, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation