UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID BELL,

        Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through the undersigned Assistant United States Attorney, does not oppose Defendant's Motion for Early Termination of Probation.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By:   s/ J. Brian McCormick
      J. BRIAN McCORMICK
      ASSISTANT UNITED STATES ATTORNEY
      Court I.D. #A5500084
      500 E. Broward Blvd., 7th Floor
      Fort Lauderdale, Florida 33394
      Telephone: (954) 356-7392 - Fax: (954) 356-7230
      Email: Brian.McCormick@USDOJ.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                       s/ J. Brian McCormick
                                      J. BRIAN McCORMICK
                                      ASSISTANT UNITED STATES ATTORNEY