UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID BELL,
_____/

### ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

This matter came before the Court on Defendant David Bell's Motion for Early Termination of Probation [DE 1617]. The Court has considered the Motion and the responses filed by the Government and U.S. Probation. Therefore, it is

ORDERED that the Defendant's Motion is GRANTED to the extent that Defendant David Bell's term of probation shall be terminated effective **July 4, 2007**, provided Defendant continues to comply with all terms and conditions of probation.

DONE AND ORDERED in Miami, Florida, this 8th day of May, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation